IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Lewis T. Babcock

Criminal Action No. 12-cr-00068-LTB

UNITED STATES OF AMERICA,

v.

JAMES L. SANTISTEVAN,

    Defendant.

## ORDER

    Defendant James L. Santistevan, acting *pro se*, filed a "Request for Enlargement of Time to File Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody," ECF No. 58.   On February 5. 2014, I entered an order directing Defendant to respond and notify the Court if he intends either to contest the treatment of the Request as a 28 U.S.C. § 2255 motion or in the alternative desires to proceed with a § 2255 motion at this time.  On February 13, 2014, Defendant responded and indicated that he desires to proceed with a § 2255 motion.

    Defendant also requested an extension of time to file an amended motion and the Court's assistance in obtaining records and documents from the attorneys of record in this case.  Defendant's requests are granted.  Accordingly, it is

    ORDERED that ECF No. 58 is construed as a 28 U.S.C. § 2255 motion and the Clerk of the Court shall open a civil action in keeping with administrative procedures.

FURTHER ORDERED that Defendant's attorneys of record shall provide to Defendant within twenty days of the date of this Order the records and documents previously requested by Defendant and notify the Court once the records and documents are provided or if not provided why they are not provided.  It is

FURTHER ORDERED that Defendant shall have thirty days from the date the attorneys of record have notified the Court that the documents and records have been provided to Defendant to file an amended § 2255 motion.  It is

FURTHER ORDERED that the Clerk of the Court shall send copies of this Order to Defendant and his attorneys of record.

DATED at Denver, Colorado, this   24th   day of    February      , 2014.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court